6956. PONDER *v.* MAYOR AND COUNCIL OF BRUNSWICK.

RUSSELL, C. J. There was ample evidence to authorize the conviction of the accused in the municipal court of the offense of keeping intoxicating liquors for unlawful sale, and there were no errors in the trial which required the superior court, on review by certiorari, to set aside the judgment.                    · *Judgment affirmed.*

DECIDED JUNE 1, 1916. REHEARING DENIED JULY 10, 1916.

Certiorari; from Glynn superior court—Judge Highsmith. September 10, 1915.

*Bolling Whitfield, Max Isaac,* for plaintiff in error.

*J. T. Colson,* contra.